779 A.2d 1141

M. Diane KOKEN, Insurance Commissioner of the Common-
wealth of Pennsylvania, Statutory Liquidator of Corporate Life
Insurance Company, by her Deputy, William S. Taylor, Jr. and
Newspan, Inc.

v.

DP REALTY TRUST, DP Realty Trust, Inc., Covest, Ltd., Ficrest
Retirement, Corp., Ficrest Retirement Nominee Trust, Robert
F. Feige, Steven Sechrest, Timothy D. Cox, Bernard Cox, Rob-
ert W. Martin, III and Hearthstone Funding Corp, Newcomb
Enterprises, Inc and the French Company.

Appeal of Patricia Feige.

Supreme Court of Pennsylvania.

Aug. 21, 2001.

## *O R D E R*

PER CURIAM:

**AND NOW,** this 21st day of August, 2001, we **AFFIRM** the
Order of the Commonwealth Court.